**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MIGUEL ALFONSO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY,<br><br>Respondent. | ) | Case No. CIV-26-791-J |

**ORDER**

A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed on behalf of Petitioner by his wife, Ainek Tur Martinez. The matter was referred to United States Magistrate Judge Suzanne Mitchell. *See* [Doc. No. 3]. On July 2, 2026, Judge Mitchell issued a show cause order directing Ms. Martinez to show cause as to why the Court should allow her to proceed as next friend on behalf of Petitioner and why the Court should retain jurisdiction over this habeas proceeding. *See* [Doc. No. 11]. On August 3, 2026, Judge Mitchell issued a Report and Recommendation [Doc. No. 15] recommending the Court dismiss the petition without prejudice based upon Petitioner's wife's failure to follow the Court's rules and orders. Petitioner belatedly filed a response to Judge Mitchell's show cause order.[1] Upon review of the Report and Recommendation and Petitioner's submissions, the Court ADOPTS the Report and Recommendation [Doc. No. 15] and DISMISSES this case without prejudice.

IT IS SO ORDERED this 21st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

[1] In the response, Petitioner advises the Court that he has been transferred to a facility in the Northern District of Texas and has filed a petition in the District Court for the Northern District of Texas.